UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Marilyn Bonachea             Case No.:19-17212-EPK
SS#:-8470                               Chapter 13

      Debtor.

_____/

## Debtor's Motion to Modify Chapter 13 Plan After Confirmation

The Debtor(s), Marilyn Bonachea, by and through the undersigned attorneys, files this Motion to Modify Chapter 13 Plan After Confirmation and states:

1. Debtor's 1st Amended Plan was confirmed previously by this Court. Debtor failed to remain current under the Confirmed Plan due to a temporary loss of income and/or unexpected expenses and a Notice of Delinquency was subsequently issued.

2. Debtor seeks to modify the Chapter 13 Plan to cure both pre-petition arrearage and the post-confirmation delinquency during the modified term.

3. Because less than 15 days have passed since the Notice of Delinquency was issued, this Motion is timely.

4. By reason of the foregoing, the Debtor proposes that, pursuant to §1329 of the Bankruptcy Code, the Chapter 13 Plan be modified in accordance with the proposed 1st Modified Plan attached hereto.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order confirming the Debtor's 1st Modified Chapter 13 Plan and demands such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing and the 1st Modified Chapter 13 Plan have been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and **all creditors** listed on attached Creditors Matrix via 1st Class U.S. Mail this _9th_ day of January, 2020.

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 1st _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Marilyn Bonachea     JOINT DEBTOR: _____     CASE NO.: 19-17212-EPK

SS#: xxx-xx- 8470     SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $312.66 _____ for months  1  to  8  ;
2. $580.81 _____ for months  9  to  35  ;
3. $1,070.89 _____ for months  36 to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE     ☐ PRO BONO

| Total Fees: | $4175.00 | Total Paid: | $300.00 | Balance Due: | $3875.00 |
|---|---|---|---|---|---|
| Payable | $42.59 | /month (Months  1  to  8  ) | | | |
| Payable | $130.90 | /month (Months  9  to  35  ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,650 + $525 Mod

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: Vista Royale Association, Inc. | | |
|---|---|---|
| Address: POB 2401, Stuart, FL 34995 | Arrearage/ Payoff on Petition Date | $9,612.13 |
| | Arrears Payment (Cure) | $32.15 /month (Months  1  to  8  ) |
| Last 4 Digits of Account No.:  unk | Arrears Payment (Cure) | $10.00 /month (Months  9  to  35  ) |

LF-31 (rev. 10/3/17)     Page 1 of 3

Debtor(s): Marilyn Bonachea    Case number: 19-17212-EPK

|  |  |  |  |
|---|---|---|---|
| Arrears Payment (Cure) | $363.40 | /month (Months 36 | to 60 ) |
| Regular Payment (Maintain) | $223.79 | /month (Months 1 | to 8 ) |
| Regular Payment (Maintain) | $367.11 | /month (Months 9 | to 60 ) |

Other: _____

■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay ■ taxes ■ insurance directly

Address of Collateral:
21 Pine Arbor Ln #205 Vero Beach, FL 32962

☐ Personal Property/Vehicle
Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $2,716.95 | Total Payment | $2,716.95 |  |
|---|---|---|---|---|
| Payable: | $0.69 | /month (Months | 1 | to 8 ) |
| Payable: | $10.00 | /month (Months | 9 | to 35 ) |
| Payable: | $97.66 | /month (Months | 36 | to 60 ) |

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $10.00 /month (Months 9 to 35 )
      Pay $145.37 /month (Months 36 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ■ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
   ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

Debtor(s): Marilyn Bonachea    Case number: 19-17212-EPK

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Any non-exempt proceeds received during life of this Plan from book rights/publishing rights disclosed on ScheduleA/B #26 shall be turned over to Trustee to pay allowed, general unsecured claims in addition to above amounts up to 100% of allowed, unsecured claims.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|

Marilyn Bonachea

_/s/ Attorney_    1/9/20

Attorney with permission to sign on Debtor(s)' behalf    Date

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.

**Modification Ledger**                                          Date: January 08, 2020

**Debtors(s):** Marilyn Bonachea                                 Case No.: 19-17212-EPK

| | | | |
|---|---|---|---|
| Petition Filed: | Fri, May 31, 2019 | Attorney Name: | Colin Lloyd, Esquire |
| Date Confirmed: | Tue, Oct 15, 2019 | Atty. Fee in Plan: | $3,350.00 |
| Receipts Less Refunds: | $2,501.30 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $0.00 | Atty. Paid to Date: | $340.68 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| Ashley Funding Services, LLC | U | $550.00 | $71.50 | $0.00 | $0.00 |
| Ecmc | U | $16,907.41 | $2,197.96 | $0.00 | $0.00 |
| Internal Revenue Service | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Jefferson Capital Systems LLC | U | $439.50 | $57.14 | $0.00 | $0.00 |
| Lvnv Funding, LLC | U | $362.57 | $47.13 | $0.00 | $0.00 |
| Lvnv Funding, LLC | U | $705.57 | $91.72 | $0.00 | $0.00 |
| Lvnv Funding, LLC | U | $1,492.15 | $193.98 | $0.00 | $0.00 |
| Pendrick Capital Partners II, LLC | U | $1,793.00 | $233.09 | $0.00 | $0.00 |
| Pendrick Capital Partners II, LLC | U | $1,793.00 | $233.09 | $0.00 | $0.00 |
| Premier Bankcard, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Resurgent Capital Services | U | $362.11 | $47.07 | $0.00 | $0.00 |
| Ross Earle Bonan & Ensor, P.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Surf Consultants, Inc. | U | $11,009.52 | $1,431.24 | $0.00 | $0.00 |
| Synchrony Bank | N | $0.00 | $0.00 | $0.00 | $0.00 |
| United States Treasury | T | $2,716.95 | $2,711.46 | $5.49 | $10.00 |
| Us Department of Education | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Vista Royale Association, Inc. | R | $20,880.00 | $19,089.65 | $1,790.35 | $348.00 |
| Vista Royale Association, Inc. | S | $9,612.13 | $9,354.90 | $257.23 | $50.00 |

```
Label Matrix for local noticing            LVNV Funding LLC                              Synchrony Bank
113C-9                                     PO Box 10587                                  PRA Receivables Management, LLC
Case 19-17212-EPK                          Greenville, SC 29603-0587                     PO Box 41021
Southern District of Florida                                                             Norfolk, VA 23541-1021
West Palm Beach
Thu Jan  9 10:09:23 EST 2020

Vista Royale Association, Inc.             Ashley Funding Services, LLC                  Bay Area Credit Services
c/o Ross Earle Bonan & Ensor, P.A.         Resurgent Capital Services                    Attn: Bankruptcy
PO Box 2401                                PO Box 10587                                  4145 Shackleford Road, Suite 330b
Stuart, FL 34995-2401                      Greenville, SC 29603-0587                     Norcross, GA 30093-3541


ECMC                                       Internal Revenue Service                      (p)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 16408                               ATTN: Bankruptcy Department                   PO BOX 7999
St. Paul, MN 55116-0408                    POB 7346                                      SAINT CLOUD MN 56302-7999
                                           Philadelphia, PA 19101-7346



LVNV Funding, LLC                          Office of the US Trustee                      Pendrick Capital Partners II, LLC
Resurgent Capital Services                 51 S.W. 1st Ave.                              Peritus Portfolio Services II, LLC
PO Box 10587                               Suite 1204                                    PO BOX 141419
Greenville, SC 29603-0587                  Miami, FL 33130-1614                          IRVING, TX  75014-1419


Professional Adjustment Corp               Surf Consultants, Inc. As Successor In Inter  Synchrony Bank
Attn: Bankruptcy                           2775 Sunny Isles Blvd., Suite 100             c/o PRA Receivables Management, LLC
14410 Metropolis Ave                       Miami, FL 33160-4078                          PO Box 41021
Fort Myers, FL 33912-4341                                                                Norfolk VA 23541-1021


Synchrony Bank/ JC Penneys                 Vista Royale Association, Inc.                Wells Fargo
Attn: Bankruptcy                           400 Woodland Dr                               420 Montgomery St
Po Box 956060                              Vero Beach, FL 32962-3798                     San Francisco, CA 94104-1298
Orlando, FL 32896-0001


Colin V Lloyd                              Marilyn Bonachea                              Robin R Weiner
302 So 2 St                                21 Pine Avenue Ln #205                        www.ch13weiner.com
Ft. Pierce, FL 34950-1559                  Vero Beach, FL 32962                          POB 559007
                                                                                         Fort Lauderdale, FL 33355-9007
```

                  The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

                          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(d)Vista Royale Association, Inc.
c/o Ross Earle Bonan & Ensor, P.A.
P.O. Box 2401
Stuart, FL 34995-2401

End of Label Matrix
Mailable recipients    20
Bypassed recipients     3
Total                  23