UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-17212-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

MARILYN BONACHEA
XXX-XX-8470

DEBTOR_____/

**CERTIFICATE OF SERVICE**

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY THE CHAPTER 13 PLAN- DE#62**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 28th day of January, 2021.

/s/ Robin R. Weiner_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 19-17212-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARILYN BONACHEA
21 PINE AVENUE LN #205
VERO BEACH, FL  32962

**ATTORNEY FOR DEBTOR**
COLIN LLOYD, ESQUIRE
HOSKINS & TURCO, P.L.
302 S. 2ND STREET
FT. PIERCE, FL  34950